**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ANGELA ROSE VELA,<br><br>                    Defendant. | CASE NO. 15CR0526-L-3<br><br>**JUDGMENT OF DISMISSAL** |

FILED
MAR 1 0 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an Information has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

18:371, 2320(a) - Conspiracy to Traffic in Counterfeit Goods

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/10/2015

Honorable Jill L. Burkhardt
United States Magistrate Judge